CATHERINE REVILLE, Respondent, *v.* LOUIS KURTE, Appellant.

(Argued April 26, 1929; decided May 28, 1929.)

*Bertrand L. Pettigrew* for appellant.

*Fredric W. Frost, James M. O'Neill* and *John L. O'Connell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, O'BRIEN and HUBBS, JJ. Dissenting: CARDOZO, Ch. J., LEHMAN and KELLOGG, JJ.